# ALABAMA COURT OF CRIMINAL APPEALS



November 22, 2024

**CR-2023-0680**
Alexis Gertrude Young v. State of Alabama (Appeal from Mobile Circuit Court:
CC-21-1276)

## NOTICE

You are hereby notified that on November 22, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk